UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JO STEVENSON, | ) | Case No. 06-CV-0967-WQH (JMA) |
| Plaintiff, | ) | **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| SAN DIEGO GAS & ELECTRIC COMPANY, et al., | ) | |
| Defendants. | ) | |

A telephonic Case Management Conference was held on January 29, 2007 at 9:30 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **March 6, 2007** at **9:00 a.m.** Counsel for each party shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: January 30, 2007

Jan M. Adler
U.S. Magistrate Judge

06cv967